**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**Steven Figueroa,**

**Plaintiff,**

**-against-**

**KB Transport & Logistics LLC and Timothy Andrew Sherrod,**

**Defendants.**

**1:25-cv-09669 (SDA)**

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

It is hereby ORDERED that, no later than Wednesday, July 29, 2026, the parties shall file a joint letter regarding the status of the mediation.

**SO ORDERED.**

Dated: New York, New York
July 23, 2026

Stewart d. Aaron

STEWART D. AARON
United States Magistrate Judge