FERRANTE & KOENIG, PLLC
650 ELY AVENUE
PELHAM, NEW YORK 10803
TEL: (718) 808-8800
FAX: (718) 808-8786
WWW.FKFIRM.COM

ANTHONY A. FERRANTE *
FERRANTE@FKFIRM.COM

JEFFREY L. KOENIG *+
KOENIG@FKFIRM.COM

*ADMITTED IN NEW YORK
+ADMITTED IN CONNECTICUT

September 17, 2026

Application GRANTED. The parties shall file another joint letter on November 17, 2026 regarding the status of this action. The parties are advised that internal mediation case tracking deadlines, such as the one dated August 21, 2026, are not entered by the undersigned and do not alter the deadlines set forth in Orders of the Court. SO ORDERED.
Dated: September 17, 2026

**Via ECF**
Hon. Stewart D. Aaron
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

**Re:** **<u>Figueroa v. KB Transport et ano.</u>**
**25-CV-09669(SDA)**

Dear Honorable Aaron:

We represent the plaintiff, Steven Figueroa, in the above referenced matter and write jointly and on consent of all parties to update you regarding the status of this matter pursuant to Your Honor's docket entry of August 21, 2026.

As the Court is aware, the parties completed an initial mediation session on July 15, 2026 with assigned SDNY Mediator Dayton Haigney, Esq. While we did not resolve the case on that date, we made significant progress. Since our last update of July 24, 2026 (Docket No. 12) the parties have continued negotiations in good faith and have continued to make progress and movement in their respective positions in an effort to reach a final settlement. As this matter involves complex issues including Workers' Compensation reimbursements as well as a Medicare Set-aside fund to be in compliance with the federal Medicare Secondary Payer (MSP) statute (see 42 U.S.C. 1395y(b)) (see also section 1862(b)(2)(A)(ii) of the Social Security Act), the parties continue to work on the numbers with an eye toward final resolution.

We jointly request that we remain in this settlement negotiation phase for an additional 60 days so that we have a full opportunity to properly address these matters.

We respectfully request that the parties be permitted to continue with advanced negotiations through November 17, 2026, while placing a pause on discovery. It is our hope that we will be able to resolve this matter without further burdening the Court's time and resources.

Respectfully,

JEFFREY KOENIG, ESQ.

CC: Via ECF
Sherri A. Jayson, Esq.
Gallo Vitucci Klar LLP
*Attorneys for Defendants*